UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE JONES,

        Petitioner,

v.

LUMMI TRIBAL COURT, et al.,

        Respondents.

Case No. C12-1761-JLR

**ORDER**

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is **ADOPTED**;

(2) Petitioner is granted leave to file a civil complaint in conformance with the Federal Rules and stating the grounds upon which this Court has jurisdiction, no later than **October 31, 2012**. Petitioner should note he must pay the civil filing fee of $350.00 or submit an application to proceed in forma pauperis if he files a civil complaint. Petitioner should also note that this habeas petition will be **STRICKEN** if he files a civil complaint;

(3) If petitioner does not file a civil complaint by October 31, 2012, the habeas

ORDER- 1

1 | petition (Dkt. 1) will be **DISMISSED** for failure to state a cause upon which
2 | relief may be granted;
3 | (4) The Clerk of Court is directed to send copies of this Order to petitioner and to
4 | Judge Tsuchida.
5 | DATED this 2nd day of Nov., 2012.

JAMES L. ROBART
United States District Judge

ORDER- 2